**Order entered August 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00240-CV

### TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE MERKEL CHILDREN'S TRUST, Appellant

### V.

### RUPERT M. POLLARD, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12515**

## ORDER

Before the Court is appellee's July 31, 2019 amended motion requesting an extension of time to August 23, 2019 to file his brief on the merits. By order dated July 26, 2019, the Court granted appellee's prior motion and extended the deadline to August 23, 2019. Accordingly, we **DENY** appellee's amended motion as moot.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE